AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RODNEY R. JOHNSON | ) | Case No. 6:25-mj-2104 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 5, 2025  in the county of  Brevard County  in the
Middle District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(b) | International Travel Reporting Violations. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Margaret Kochan, Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 10/6/2025

_____
*Judge's signature*

City and state:  Orlando, FL   NATHAN W. HILL, U.S. Magistrate Judge
*Printed name and title*

Case 6:25-mj-02104-NWH   Document 1   Filed 10/06/25   Page 2 of 6 PageID 10

Case No: 25-mj-2104

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Margaret Kochan, a Special Agent with Homeland Security Investigations, being duly sworn under oath, do hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this capacity since January 2007. I am a graduate of the Criminal Investigator Training Program and ICE Special Agent Training Academy. As a result of my employment with HSI, my duties include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21 and 31 of the United States Code. I am an "investigative or law enforcement officer of the United States" within the meaning defined in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

2. As part of my duties as an HSI agent, I investigate criminal violations relating to the sexual exploitation of children, including the illegal coercion and enticement of minors, and the production, distribution, receipt, transportation and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child exploitation and have observed and reviewed numerous examples of child pornography, as defined in 18 U.S.C. § 2256, in all forms of media. I have been involved in numerous child pornography

investigations, and I am familiar with the tactics used by individuals who collect, distribute, and produce child pornographic material.

3. Based on the information set forth herein, I believe that Rodney R. JOHNSON, committed a violation of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901 *et seq.*), in violation of 18 U.S.C. § 2250(b) ("International Travel Reporting Violations") occurring September 28, 2025, and continuing through October 5, 2025.

## FACTS OF THE CASE

4. On October 5, 2025, Rodney R. JOHNSON was encountered by Customs and Border Protection and Homeland Security Investigations at the Port of Entry at Port Canaveral, Florida inbound on the MSC Seashore (an internationally operated cruise ship). The ship had just returned from an ocean voyage that left Port Canaveral on September 28, 2025.

5. The MSC Seashore made several international stops to include:

- Isla de Roatan, Honduras (due to weather the ship was re-routed from MSC Ocean Cay, Bahamas) on October 1, 2025;
- Costa Maya, Mexico on October 2, 2025; and,
- Cozumel, Mexico on October 3, 2025.

6. The cruise ship, MSC Seashore is a foreign flagged vessel, registered with Malta. JOHNSON was a passenger aboard the MSC Seashore on this seven-

day roundtrip cruise that included stops in Honduras and Mexico, as referenced above.

7. Rodney R. JOHNSON is a Registered Sex Offender. JOHNSON pled guilty and was convicted on five counts of rape in the first degree, forcible sodomy, indecent exposure on July 22, 2003. JOHNSON was sentenced to 25 years of incarceration for rape, which ran concurrent with 10 years of incarceration for forcible sodomy and 1 year of incarceration for indecent exposure. Following his release, on December 13, 2023, JOHNSON signed and initialed the Oklahoma Corrections Sex Offender Registration and Notice of Duty to Register documents—this includes JOHNSON signing his initials beside a provision requiring JOHNSON, in pertinent part, "to inform ODOC [Oklahoma Department of Corrections] and LE of any intended travel outside of the United States at least twenty-one (21) days prior to that travel." The Oklahoma Corrections Sex Offender Registration and Notice of Duty to Register documents indicate the victim of JOHNSON was a 9-year-old female.

8. Homeland Security Investigations (HSI) Agents contacted Detective Branscum from the Bethany, Oklahoma Police Department - Investigations Division, which supervises JOHNSON's compliance with his sex offender registration requirements. Detective Branscum confirmed that JOHNSON did not provide any notice of JOHNSON's international travel aboard the MSC Seashore (nor of any international travel whatsoever). Detective Branscum advised that he

also contacted the Department of Corrections (ODOC), which oversees all sexual and violent offenders (and maintains the sex offender registry database) and further confirmed JOHNSON did not provide any notice of his international travel aboard the MSC Seashore (nor any international travel whatsoever).

9. JOHNSON was interviewed after waving his *Miranda* rights. During the interview, JOHNSON:

    a. confirmed his travel aboard the MSC Seashore vessel, which cruised internationally to Honduras and Mexico;

    b. acknowledged his signature on his "Law Enforcement Address Verification Form (Alternative Letter)[,]" which mailed to and filled out by JOHNSON (with his mailing and physical address) on December 30, 2024;

    c. acknowledged his signature on the Oklahoma Corrections Sex Offender Registration and Notice of Duty to Register form, which set out the requirements he must comply with while being a registered sex offender, dated December 13, 2023;

    d. acknowledged his initials next to ¶ 30 "International Travel" requirement on his Sex Offender Registration and Notice of Duty to Register dated December 13, 2023;

  e. he confirmed Detective Branscum is the point of contact for his sex offender registration and he did not advise Detective Branscum of this international travel.

10. During the interview, and acknowledgement of his signature and initials on the Sex Offender Registration and Notice of Duty to Register form, JOHNSON placed his initials and placed the date of interview (10/5/25) next to the areas of the form (specifically, by ¶ 30, as well as by his final signature at the end of the document) to confirm his prior initials and signature on the form that were referenced during the interview.

11. This completes my Affidavit.

Respectfully submitted,

_____
Margaret Kochan, Special Agent
Homeland Security Investigations

Signed before me this 6th day of October 2025.

_____
NATHAN W. HILL
United States Magistrate Judge

5